September 4, 2026

**VIA CM/ECF**

Anastasia Dubrovsky, Clerk of Court**:**
U.S. Court of Appeals for the First Circuit
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2500
Boston, MA 02210

Re: *League of Women Voters of Massachusetts*, *et al. v. Trump*, *et al.*, No. 26-1988; *League of Women Voters of Massachusetts*, *et al. v. State of Missouri*, *et al.*, No. 26-1989.

Dear Ms. Dubrovsky:

Plaintiffs-Appellees respectfully submit this letter under Rule 28(j) to advise the Court of an intervening development affecting the above-captioned appeals. Earlier today, the District Court granted Plaintiffs-Appellees' motion for a preliminary injunction. *League of Women Voters of Mass. v. Trump*, No. 26-cv-11549-IT, Dkt. No. 285 (D. Mass. Sept. 4, 2026) (attached as Exhibit 1). The preliminary injunction expressly dissolves the temporary restraining order (TRO) that is the subject of these appeals. *See id.* at 49 ("The Temporary Restraining Order entered by the court on August 27, 2026, is hereby dissolved.").

The issuance of the preliminary injunction renders the appeals from the now-dissolved TRO moot. Because the TRO is no longer operative, there is no longer any relief for this Court to grant in either appeal. *See Grant v. Trial Ct. of Mass.*, 183 F.4th 29, 36–37 (1st Cir. 2026) (appeal from order establishing a buffer zone around courthouse during trial was mooted by conclusion of trial); *see also, e.g.*, *Cnty. Sec. Agency v. Ohio Dep't of Com.*, 296 F.3d 477, 483 (6th Cir. 2002) (appeal of TRO mooted by issuance of superseding preliminary injunction); *Arkansas Peace Ctr. v. Arkansas Dep't of Pollution Control*, 992 F.2d 145, 147 (8th Cir. 1993) (same); *Perdomo v. Noem*, No. 25-4312, 2025 WL 4053187, at *1 (9th Cir. Nov. 21, 2025) (same). At the hearing regarding a preliminary injunction, Defendants-Appellants in No. 26-1988 acknowledged that issuance of a preliminary injunction would require them to "start the [appellate] process again." Hearing Tr. at 8:24–9:7, *League of Women Voters of Mass. v. Trump*, No. 26-cv-11549-IT, Dkt. No. 283 (D. Mass. Sept. 3, 2026) (relevant pages attached as Exhibit 2).

The issuance of the preliminary injunction confirms that this Court lacks jurisdiction over these appeals. Accordingly, as set forth in Plaintiffs-Appellees' oppositions to Defendants-Appellants' motions to stay the TRO pending appeal, the Court should dismiss the appeals and deny those motions as moot.

Respectfully submitted,

/s/ Sophia Lin Lakin
Sophia Lin Lakin

*Counsel for Plaintiffs-Appellees League of Women Voters of Massachusetts; League of Women Voters Lotte E. Scharfman Memorial Education Fund; League of Women Voters of the United States; League of Women Voters Education Fund; Association of Americans Resident Overseas; U.S. Vote Foundation; OCA-Asian Pacific American Advocates; and Delta Sigma Theta Sorority, Inc.*